JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER LE, <br><br> Plaintiff, <br> v. <br> COMPASS AIRLINES, LLC, <br><br> Defendant. | Case No. CV 20-8296-DMG (JPRx) <br><br> **JUDGMENT** |

   Pursuant to the Court's Findings of Fact and Conclusions of Law, filed on April 29, 2022,

   IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Heather Le and against Defendant Compass Airlines, LLC on Plaintiff's negligence claim, in the amount of $4,913.25 in past medical expenses and $300,000 in noneconomic damages.

DATED: April 29, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-